1078

[No. 39846-0-II.   Division Two.   September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN ROBIN AUGG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-06008-1, Frederick W. Fleming, J., entered September 18, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39854-1-II.   Division Two.   September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01111-1, Richard D. Hicks, J., entered September 10, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 40070-7-II.   Division Two.   September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVVEN M. HOLMS DAVENPORT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01546-7, John A. McCarthy, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.